Scott L. Poisson, Esq.
Nevada Bar No. 10188
Amber N. King, Esq.
Nevada Bar No. 14176
**HIGH STAKES INJURY LAW**
320 S. Jones Blvd.
Las Vegas, Nevada 89107
Telephone: (702) 877-4878
Facsimile: (702) 256-6280
Email: amber@vegashurt.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| MARCUS COLEMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALGREEN CO., doing business as WALGREENS; DOES 1 through 100; and ROE CORPORATION 101 through 200, inclusive,<br><br>Defendant(s). | Case No.: 2:24-cv-00661-RFB-MDC<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

SCOTT L. POISSON, ESQ. and AMBER N. KING. ESQ., of HIGH STAKES INJURY LAW hereby move this Court for an order allowing the firm to withdraw as counsel of record for Plaintiff. This motion is made and based on the attached Memorandum of Points and Authorities, Declaration of Amber N. King. Esq., and any oral argument the Court may choose to entertain at the time of hearing in this matter.

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.  ARGUMENT**

This Court has the authority to enter an order allowing an attorney to withdraw as attorney of record for a client. Nevada Supreme Court Rule 46 provides in pertinent part:

> The attorney in action or special proceeding may be changed at any time before judgment or final determination as follows:
>
> 1. Upon consent of the attorney, approved by the client.
> 2. Upon order of the court or judge thereof on the application of the attorney or client.[1]

NRPC 1.16(b)(2) states that an attorney may withdraw from representing a client if withdrawal can be accomplished without a material adverse effect on the interests of the client, if representation results in an unreasonably difficult financial burden on the lawyer or the representation has been rendered unreasonably difficult by the client, or if other good cause for withdrawal exists.

As shown by the Declaration of Amber N. King, Esq., in Support of this Motion to Withdraw as Counsel of Record, withdrawal is appropriate in this case as there are irreconcilable differences in the direction of litigation between Counsel and Mr. Coleman.  Withdrawal will not have a material adverse effect on the clients' interests and there is ample time for Plaintiff to seek other counsel as discovery in this matter does not close until January 3, 2025.

---

[1]

**II.      CONCLUSION**

Accordingly, High Stakes Injury Law, pursuant to Local Rule IA 11-6, respectfully requests that this Court grant its Motion to Withdraw as Counsel of Record for Plaintiff.

DATED: June 4, 2024

>Respectfully submitted,
>**HIGH STAKES INJURY LAW**
>
>/s/ Amber N. King
>AMBER N. KING, ESQ.
>State Bar No. 14176
>320 S. Jones Blvd.
>Las Vegas, NV 89107
>*Attorneys for Plaintiff*

IT IS SO ORDERED.  The motion is granted.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 6-20-24